IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIC D. BLACKMON | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:15CV313-HSO-JCG |
| | § | |
| HUNTINGTON INGALLS | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion for Summary Judgment [49] filed by Defendant Huntington Ingalls.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of July, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE